

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES BOLDEN<br>LA. DOC # 480527 | CIVIL ACTION NO. 3:10-cv-1427 |
| VERSUS | SECTION P |
| KENNY JOHNOGAN AND<br>DEPUTY QUINN | JUDGE ROBERT G. JAMES<br><br>MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Rule 41.3 of the United States District Court for the Western District of Louisiana.

**MONROE, LOUISIANA,** this  8  day of  June , 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE